IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MARY A. FLOYD                              CASE NO.     8:16-bk-01171-CPM
*fka* MARY KENDRICK
DEREK KENDRICK                             CHAPTER      7

       Debtors.
_____/

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS PAPER PLUS AN ADDITIONAL THREE DAYS FOR SERVICE. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE COURT AT THE UNITED STATES BANKRUPTCY COURT, 801 N. FLORIDA AVENUE, SUITE 555, TAMPA, FLORIDA, 33602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BUCKLEY MADOLE, P.C., P. O. BOX 22408, TAMPA, FLORIDA, 33622.**

**IF YOU FILE AND SERVE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT MAY SCHEDULE A HEARING AND YOU WILL BE NOTIFIED, OR THE COURT MAY CONSIDER THE OBJECTION AND MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING. IF YOU DO NOT FILE AN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.**

U.S. Bank National Association ("Movant"), by and through its undersigned attorney, moves the Court for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1) and states:

1. On November 25, 2008, Mary A Kendrick executed and delivered a promissory note in favor of PEOPLES FIRST COMMUNITY BANK. That same day Mary A Kendrick and Derek Kendrick executed and delivered a mortgage securing payment of said note

2. Movant, directly or through an agent, holds the promissory note and has the right to enforce and foreclose its lien. A copy of the promissory note, mortgage and assignment of mortgage is attached hereto and incorporated herein as Composite Exhibit "A."

3. The mortgage secures real property located in Gadsden County, Florida, which is more particularly described as follows:

Lot 15, Block "L", Orion's Point, Phase 2, a subdivision as per map or plat thereof recorded in Plat Book 2, page 145 of the Public Records of Gadsden County, Florida.

**AKA 55 Frank Run, Midway, Florida 32343 ("Collateral").**

4. Debtors are in default. The contractual due date is August 1, 2015. As of July 13, 2016, the unpaid principal balance is $148,763.36 and, according to the Statement of Intention, Debtor intends to surrender the Collateral. A Declaration in Support of the Motion for Relief from Stay is attached hereto and incorporated herein as Composite Exhibit "A."

5. The Collateral is not listed as exempt on Schedule C.

6. According to the Debtors' Schedules, the value of the Collateral is $140,000.00.

7. The address for post-petition payments is U.S. Bank National Association, 4801 Frederica Street, Owensboro, Kentucky, 42301.

8. It would be inequitable to permit Debtors to retain the Collateral, as there is no equity in the Collateral and it is not necessary for an effective reorganization.

9. The value of the Collateral is insufficient to provide Movant with adequate protection.

10. Furthermore, Movant is not receiving payments from Debtors to protect against the erosion of its collateral position.

11. If Movant is not permitted to enforce its security interest in the Collateral, it will suffer irreparable injury, loss, and damage.

**WHEREFORE**, Movant, respectfully requests that the Court enter an order:

a. terminating the automatic stay;

b. permitting Movant to take any and all steps necessary to exercise any and all rights it may have in the Collateral described herein;

c. allowing Movant to gain possession of the Collateral; and

d. granting such other relief that the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice and regular mail to the parties below this 20th day of July, 2016.

**BUCKLEY MADOLE, P.C.**

*/s/ Austin M. Noel*
Austin M. Noel, Esquire
Florida Bar Number 106539
Buckley Madole, P.C.
P.O. Box 22408
Tampa, FL 33622
Telephone/Fax: 813-774-6221
bkfl@buckleymadole.com

**VIA REGULAR MAIL**
Mary A. Floyd
Derek Kendrick
4514 Kennewick Place
Riverview, FL 33578-2122

**VIA CM/ECF NOTICE**
Robert M. Geller
Law Offices of Robert M. Geller P.A.
807 W Azeele St
Tampa, FL 33606-2209

**Chapter 7 Trustee**
Carolyn R. Chaney
PO Box 530248
St. Petersburg, Florida 33747